

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00161-CV

## IN RE RAMSAY ALLEN RAMSEY

_____

## Original Proceeding

---

# O R D E R

---

Relators' Petition for Writ of Mandamus and Motion for Emergency Relief filed on May 7, 2015 was considered by the Court. The motion for emergency relief is granted. Further proceedings to enforce the temporary orders are stayed until further orders of this Court.

A response is requested to be filed by any person whose interest would be directly affected by the relief sought in the petition. TEX. R. APP. P. 52.2, 52.4. Any response shall be filed with the Clerk no later than 5 p.m. on May 28, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Stay granted
Response requested
Order issued and filed May 7, 2015

